IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>   **Plaintiff,**           )<br>)<br>**vs.**                       )<br>)<br>**MARC CANDELARIA,**   )<br>)<br>   **Defendant.**          ) | Case No. 22-CR-767-KWR |

**UNOPPOSED MOTION TO ALLOW APPEARANCE BY ZOOM**

Comes now Defendant, Marc Candelaria, through counsel, and moves this Court to allow him to appear by Zoom at the evidentiary hearing set on December 18, 2023.

As grounds counsel states:

1. On October 2, 2023, Mr. Candelaria filed a motion to suppress evidence obtained from the warrantless search of his automobile. (Doc. 59).

2. On November 14, 2023, the Court set the matter for an evidentiary hearing on December 18, 2023. (Doc. 76 text-only).

3. Mr. Candelaria resides in New York. Travelling to New Mexico is expensive.

4. Appearing by Zoom would allow him to observe the hearing and essentially be present without imposing a financial burden.

5. Counsel for the United States, Assistant United States Attorney Samuel Hurtado, does not oppose this request.

WHEREFORE, for the foregoing reasons, Mr. Candelaria hereby requests the Court allow him to appear by Zoom at the evidentiary hearing on December 18, 2023.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

*Electronically filed December 11, 2023*
/s/ Buck Glanz
Assistant Federal Public Defender
Attorney for Defendant